to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Herman L. Arterberry* for petitioners. *Solicitor General Thacher* and *Messrs. Neil Burkinshaw, Paul D. Miller,* and *Erwin N. Griswold* for respondent.

No. 339. CHICAGO GREAT WESTERN R. Co. *v.* PUBLIC SERVICE COMMISSION ET AL. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Roy B. Thomson* and *Arthur Mag* for petitioner. No appearance for respondents.

No. 340. KEUSCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Arthur B. Hyman* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, J. Louis Monarch, John MacC. Hudson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 342. RIEKER BREWING Co. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Maurice J. Speiser* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller* and *Mahlon D. Kiefer* for the United States.

No. 343. BISTOR ET AL. *v.* McDONOUGH, COUNTY TREASURER. October 17, 1932. Petition for writ of certiorari